UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LONNIE AYERS, ET UX.         )
                             )
v.                           )    NO. 2:02-CV-243
                             )
TODD DAVIDSON, ET AL.        )

ORDER

Before the Court is the plaintiff's motion to clarify the judgment, in which the Court dismissed this case pursuant to the mandate of the Sixth Circuit Court of Appeals. [Doc. 30]. This Court followed the mandate of the Sixth Circuit Court of Appeals, which simply directed that the plaintiff's complaint be dismissed. Accordingly, the plaintiff's motion is **DENIED**, as is the defendant's request, in its response, that the Court amend its judgment to reflect that the complaint was dismissed with prejudice.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE